ATTORNEY GRIEVANCE COMMISSION * IN THE COURT OF APPEALS
OF MARYLAND                  * OF MARYLAND

                            *

          Petitioner              * Misc. Docket AG

                            * No. 25

v.                                * September Term, 2016

                            *

GEORGE ZACHARIAS PETROS      * Circuit Court for

                            * Prince George's County

          Respondent            * Case No. CAE16-30103

## ORDER

This matter came before the Court on the Joint Petition of the Attorney Grievance Commission and the Respondent, George Zacharias Petros, to indefinitely suspend the Respondent from the practice of law with the right to reapply in six months, subject to the condition set forth in the Petition, for violations of former Maryland Lawyers' Rules of Professional Conduct, Rules 1.1, 1.3, 1.4, 1.5, 1.15(a)(c) and (d), 8.4(a) and 8.4(d), as well as Maryland Rule 16-606.1 and Maryland Code Business Occupations and Professions Article § 10-306. The Court having considered the Joint Petition, it is this 20th day of January, 2017;

ORDERED, that Respondent, George Zacharias Petros, be and he is hereby indefinitely suspended from the practice of law in the State of Maryland with the right to reapply no sooner than six months from the effective date of the suspension; and it is further,

ORDERED, that this Order shall be effective thirty days from the date of entry; and it is further,

ORDERED, that the Clerk of this Court shall remove the name of George Zacharias Petros from the register of attorneys in the Court and certify that fact to the Client Protection Fund of the Bar of Maryland and all Clerks of all judicial tribunals in this State in accordance with Maryland Rule 19-736(d).

                                    /s/ Clayton Greene Jr.

                                    Senior Judge